1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                    ) Case No.**2:11-cv-00528-LKK-CKD**
                                        )
14          Plaintiff,                  ) **PROPOSED ORDER RE: REQUEST FOR**
                                        ) **DISMISSAL OF JONG WON KIM**
15      vs.                             )
                                        ) Case to Remain Open with
16  Jong Won Kim, et al.,               ) Remaining Defendants
                                        )
17          Defendants                  )
                                        )
18  _____      )

19

20      IT IS HEREBY ORDERED THAT Plaintiff's Rule 41(a)(2)

21  request to dismiss Defendant Jong Won Kim from this lawsuit

22  without prejudice is GRANTED.

23

24  Dated:  August 17, 2011

25

26  _____
    LAWRENCE K. KARLTON
27  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

28